UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P. BORING,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CATHY MURILLO, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-07305-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 128).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 130) have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that the pending motion (Dkt. 123) to dismiss the operative Corrected Fifth Amended Complaint is denied without prejudice.  Counsel are ordered to meet and confer—either in-person or by telephone—and engage in substantive discussions regarding the asserted grounds

1 | for dismissal **within thirty days**. Defendants are authorized to respond to the
2 | Corrected Fifth Amended Complaint (Dkt. 122) **within forty-five days**.

DATED:  April 2, 2024

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2