# EXHIBIT A

ORDINANCE NO. 5009

AN ORDINANCE OF THE COUNCIL OF THE CITY OF SANTA BARBARA AMENDING THE MUNICIPAL CODE BY ADDING A NEW CHAPTER, CHAPTER 9.97, WITH RESPECT TO PERSONS SITTING OR LYING ON SIDEWALKS AND PASEOS ALONG CERTAIN DOWNTOWN PORTIONS OF STATE STREET.

WHEREAS, public sidewalks in certain portions of the City's central business district, particularly those sidewalks along the retail portions of State Street, are created and maintained for the primary purposes of enabling pedestrians to safely and efficiently move about from place to place, facilitating deliveries of goods and services, and providing potential customers with convenient access to goods and services.

WHEREAS, during normal business hours, the public sidewalks in downtown commercial areas, particularly the first thirteen blocks of State Street, are prone to congestion, and should be kept available to serve these primary purposes.

WHEREAS, except in places provided therefor or where reasonably necessary, sitting or lying on the public sidewalks of certain blocks of State Street during the hours of greatest congestion interferes with the primary purposes of the public sidewalks, threatens public safety, and damages the public welfare.

WHEREAS, pedestrians, particularly the elderly, disabled, or vision-impaired, are put at increased risk when they must see and navigate around individuals sitting or lying upon the public sidewalk.

WHEREAS, the public welfare is promoted by an economically healthy downtown State Street commercial area which attracts people for shopping, for work, and for recreation. This particular area of State Street also provides easily-accessible goods and services, employment opportunities, and tax revenues necessary to support essential public services, and the economic productivity necessary to maintain and improve property within this area.

WHEREAS, the accessibility of public sidewalks is a vital component needed to keep the commercial areas of State Street as a community meeting place and to foster community interaction.

WHEREAS, in some circumstances people sitting or lying on the sidewalks deter many members of the public from frequenting these areas which contributes to the undermining of the essential economic viability of these areas. Business failures and relocations can cause vacant storefronts which contribute to a spiral of deterioration and blight which harms the public health, safety, and welfare and which can lead to crimes against persons and property.

WHEREAS, an important factor in protecting public safety is attracting people to the streets and sidewalks of the City's State Street central business district because the presence of law abiding citizens serves as a deterrent to crime and increases the public's sense of security and the safety of all.

WHEREAS, there are numerous other places within the downtown and neighborhood commercial areas where sitting or lying down can be accommodated without unduly interfering with the safe flow of pedestrian traffic, impairing commercial activity, threatening public safety or harming the public welfare. These other places include nearby city parks and plazas, private plazas, private arcades, and private common areas open to the public, and generally on private property with the permission of the property owner. In addition, public sidewalks outside the designated hours and designated areas are available for sitting or lying down. Therefore, the limited regulation of sitting or lying down on sidewalks is reasonably necessary and appropriately balances the public interest and individual rights.

THE CITY COUNCIL OF THE CITY OF SANTA BARBARA DOES ORDAIN AS FOLLOWS:

SECTION 1. Title Nine of the Santa Barbara Municipal Code is hereby amended by adding a new chapter, Chapter 9.97 which reads as follows:

### Chapter 9.97

**Section 9.97.010. Sitting or Lying on Public Sidewalks in Certain Downtown Areas of State Street.**

A. **Prohibition.** No person shall sit or lie down upon a public sidewalk or public paseo or, or upon a blanket, chair, stool, or any other object placed upon a public sidewalk or public paseo, during the hours between 7:00 a.m. and 9:00 p.m. along the first thirteen (13) blocks of State Street from Cabrillo Boulevard to and including the 1300 block of State Street.

For the purposes of this subsection (A), the terms "public sidewalk or public paseo" shall include those public pedestrian sidewalks or public paseos which serve as access to and from State Street and the City parking facilities adjacent to State Street

within the designated blocks, which shall also specifically include the area known as "Storke Placita."

B. **Exceptions.** The prohibitions of Subsection A shall not apply to any person or persons:

1. who is sitting or lying down on a public sidewalk due to a medical emergency;

2. who, as the result of a disability, utilizes a wheelchair, walker, or similar device to move about the public sidewalk.

3. who is operating or patronizing a commercial establishment conducted on the public sidewalk pursuant to a street use permit issued pursuant to Chapter 9.95 of this Title or who is participating in or attending a parade, festival, performance, rally, demonstration, meeting, or similar event conducted on public sidewalk pursuant to a street use or other applicable parade permit issued by the City in accordance with this Code.

Nothing in any of these exceptions shall be construed to permit any conduct which is otherwise prohibited by this Code.

C. **Scope.** Nothing herein shall be deemed to apply the requirements of subsection (A) to the following:

1. a person who is sitting on a chair, wall, or bench located on the public sidewalk which is supplied by a public agency or by the abutting private property owner for such purposes or;

2. a person who is sitting on a public sidewalk within a bus stop zone while waiting for public transportation.

D. **Prior Warning.** No person shall be prosecuted for a violation of this Chapter unless the person engages in conduct prohibited by this Chapter after having been notified by a law enforcement officer that the conduct violates this Chapter.

Bill No. 5028
Ordinance No. 5009
Adopted April 22, 1997

swiley/ord/seattle.002
4/9/97

3

CITY OF SANTA BARBARA
ORDINANCE NO. 5009

STATE OF CALIFORNIA       }
                          } ss
COUNTY OF SANTA BARBARA   }

I HEREBY CERTIFY That the foregoing Ordinance passed its first reading before the Council of the City of Santa Barbara, and was finally read and adopted on the **22nd** day of **April, 1997**, by the following vote on roll call:

YEAS:   Councilmembers:

   HELENE G. BEAVER       GREGG A. HART
   MARTY BLUM             ELINOR G. A. LANGER
   GILBERT GARCIA         TOM ROBERTS
        MAYOR HARRIET MILLER

NAYS:   Councilmembers:

   NONE

ABSENT: Councilmembers:

   NONE

ABSTAIN: Councilmembers:

   NONE

It is hereby presented to the Mayor of said City for her approval on this **22nd** day of **April, 1997**.

_____
Deputy City Clerk

The foregoing Ordinance is hereby approved and received by me this **22nd** day of **April, 1997**.

_____
Mayor